No. 95–191. O'HARE TRUCK SERVICE, INC., ET AL. *v.* CITY OF NORTHLAKE ET AL. C. A. 7th Cir. Certiorari granted. Brief of petitioners is to be filed with the Clerk and served upon oppos-

ing counsel on or before 3 p.m., Friday, January 19, 1996. Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, February 16, 1996. This Court's Rule 29.2 does not apply.